# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 104 MM 2015

Respondent

v.

ALEXANDER LEON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and the Motion for Leave to Proceed *Pro Se* are **DENIED**.